## UNITED STATES of America, Plaintiff–Appellee

v.

**Mario Rene GARCIA–GRANDE, also known as Mario Rene Garcia, also known as Mario Renee Garcia, also known as Mario Garcia, also known as Mario Rene Grande Garcia, Defendant–Appellant.**

No. 15–10527
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 9, 2016.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Christopher Allen Curtis, Assistant Federal Public Defender, Federal Public Defender's Office, Fort Worth, TX, for Defendant–Appellant.

Before KING, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Mario Rene Garcia–Grande has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Garcia–Grande has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Garcia–Grande's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

